1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                              Plaintiff,

10        v.

11  ALEX CHAPACKDEE,

12                              Defendant.

Case No. MJ17-180

**DETENTION ORDER**

13        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14  and based upon the factual findings and statement of reasons for detention hereafter set forth,

15  finds that no condition or combination of conditions which the defendant can meet will

16  reasonably assure the appearance of the defendant as required and the safety of any other person

17  and the community. This finding is based on the nature and circumstances of the offense charged

18  and the history and characteristics of the person including those set forth in 18 U.S.C. § (g)(3)(A)

19  and the nature and seriousness of the danger release would impose to any person or the

20  community.

21        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

22        (1)      Defendant has been charged by complaint with conspiracy to distribute marijuana.

23  Defendant has no prior criminal convictions for felony offenses.  The Court received information

DETENTION ORDER - 1

1  about defendant's personal history, residence, family, community ties, employment history,

2  financial status, health, and substance use.  The defendant through his attorney made no

3  argument as to release, lodged no objections to the contents of the United States Probation and

4  Pretrial report, and stipulated to detention.

5          It is therefore **ORDERED**:

6          (1)    Defendant shall be detained pending trial and committed to the custody of the

7  Attorney General for confinement in a correctional facility separate, to the extent practicable,

8  from persons awaiting or serving sentences, or being held in custody pending appeal;

9          (2)    Defendant shall be afforded reasonable opportunity for private consultation with

10  counsel;

11          (3)    On order of a court of the United States or on request of an attorney for the

12  Government, the person in charge of the correctional facility in which Defendant is confined

13  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

14  connection with a court proceeding; and

15          (4)    The Clerk shall direct copies of this order to counsel for the United States, to

16  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

17  Officer.

18          DATED this 12ᵗʰ day of May, 2017.

19

20                                              PAULA L. MCCANDLIS
                                                United States Magistrate Judge

21

22

23

DETENTION ORDER - 2